**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 11−31098−DOT
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Barney Allen Squiers
16233 Days Bridge Road
Orange, VA 22960−9143

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2241

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

**TO:** **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on February 22, 2011. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:** **March 8, 2011**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

All Schedules (A−J) and Statement of Financial Affairs
Attorney Fee Disclosure
Chapter 7 Statement of Current Monthly Income and Means Test Calculation
Summary of Schedules (2 pages)

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date: February 23, 2011

/s/   Nathaniel Bullock
Deputy Clerk

[10071vDec2009.jsp]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: bullockn           Page 1 of 1             Date Rcvd: Feb 23, 2011
Case: 11-31098                Form ID: 10071           Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 25, 2011.
db          Barney Allen Squiers,   16233 Days Bridge Road,   Orange, VA  22960-9143

The following entities were noticed by electronic transmission.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                                          **Signature:** _/s/ Joseph Speetjens_