# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: **Barney Allen Squiers**

Case Number: 11–31098–DOT          Date Filed: February 22, 2011

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  February 23, 2011                              William C. Redden
VAN–062 [ver. 3/2008]                                  Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 25, 2011.
```
db              Barney Allen Squiers,    16233 Days Bridge Road,    Orange, VA  22960-9143
10265020       +Andrus, Darhl,    c/o Getty & Associates, P.C.,     P.O. Box 1040,    Locust Grove, VA 22508-1040
10265022       +Aquia Auto Parts, Inc.,    24 Enterprise Court #103,    Fredericksburg, VA 22405-4522
10265021       +Aquia Auto Parts, Inc.,    c/o Getty & Associates P.C.,    P.O. Box 1040,
                 Locust Grove, VA 22508-1040
10265023        Aspire,    P.O. Box 105374,    Atlanta, GA 30348-5374
10265024        Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5009
10265027        Capital One,    c/o Wm. W. Siegel & Assoc.,    P.O. Box 9006,    Smithtown, NY 11787-9006
10265028        Capital One,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charlrs, MO 63301-4047
10265029       +Capital One,    c/o Nelson, Watson & Ass.,    P.O. Box 1299,    Haverhill, MA 01831-1799
10265031       +Capital One,    c/o Nelson, Watson & Associates, LL,    P.O. Box 1299,    Haverhill, MA 01831-1799
10265035        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
10265034       +Chase,    c/o NCO Financial,    P.O. Box 15630,    Wilmington, DE 19850-5630
10265032        Chase,    c/o United Recovery Sysytems,    P.O. Box 722929,    Houston, TX 77272-2929
10265033       +Chase,    c/o United Collection Bureau,    P.O. Box 1418,    Maumee, OH 43537-8418
10265039       +Citibank,    c/o Alliance One,    4850 Street Road, Suite 300,    Trevose, PA 19053-6643
10265038        Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
10265037        Citibank,    c/o Client Services, Inc.,    P.O. Box 1503,    St. Peters, MO 63376-0027
10265036        Citibank,    c/o LTD Financial Services,    P.O. Box 630788,    Houston, TX 77263-0788
10265040        Citibank,    c/o United recovery Systems,    P.O. Box 722910,    Houston, TX 77272-2910
10265041       +Commonwealth of Virginia,    Department of Taxation - Legal Unit,    P.O. Box 2156,
                 Richmond, VA 23218-2156
10265042       +Cooper, Gerald D.,    17491 Jefferson Davis Highway,    Dumfries, VA 22026-2244
10265044       +ENT & Plastic Surgery Ctr,    1708 Fall Hill Ave St 100,    Fredericksburg, VA 22401-3511
10265043       +Eckler's Industries, LLC,    c/o McKenry, Dancigers, Dawson & La,    192 Ballard Court, Suite 400,
                 Virginia Beach, VA 23462-6538
10265046       +Erie Insurance,    100 Erie Insurance Place,    Erie, PA 16530-9000
10265047        FIA Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
10265048       +FIA Card Services,    c/o Frederick J. Hanna & Associates,    1427 Roswell Road,
                 Marietta, GA 30062-3668
10265050       +Griffin, Cornelius,    c/o John B. Raftery, Esquire,    4800 Montgomery Lane 9th Fl,
                 Bethesda, MD 20814-3429
10265054       +HSBC,    c/o Professional Bureau of Collecti,    5295 DTC Pkwy,    Greenwood Village, CO 80111-2752
10265053       +HSBC,    Attn: Bankruptcy Department,    P.O. Box 5213,    Carol Stream, IL 60197-5213
10265051        Home Depot,    c/o LTD Financial Services,    P.O. Box 630788,    Houston, TX 77263-0788
10265052        Home Depot Credit Services,    c/o Citicards Private Label,    P.O. Box 20483,
                 Kansas City, MO 64195-0483
10269517      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  IRS,    P.O. Box 21126,    Philadelphia, PA 19114)
10265055      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operations,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326)
10265056       +Jefferson Capital Systems,    16 McLeland Road,    Saint Cloud, MN 56303-2198
10265057       +Lowes,    c/o D&S LTD,    13809 Research Blvd., Suite 800,    Austin, TX 78750-1211
10265058        Northern Leasing Systems, Inc.,    P.O. Box 1027,    Sioux Falls, SD 57101-1027
10265061       +Performance Auto Crafters, Inc.,    Frederick H. Kruck, Jr. Esq RA,    7551 Foxview Drive,
                 Warrenton, VA 20186-2059
10265062       +TransFirst,    c/o Merchant Processing Center,    371 Centennial Parkway,
                 Louisville, CO 80027-1360
10265065       +UPS Capital,    c/o Davis and Goldmark, Inc.,    23441 S. Pointe Drive #190,
                 Laguna Hills, CA 92653-1558
10265063       +Union First Market,    c/o Transworld Systems,    1608 Spring Hill Road, Suite 410,
                 Vienna, VA 22182-2269
10265064        Union First Market Bank,    P.O. Box 940,    Ruther Glen, VA 22546-0940
10265066        Utica National Insurance Group,    P.O. Box 6540,    Utica, NY 13504-6540
10265067        Utica National Insurance Group,    c/o Cain & Weiner,    1699 E. Woodfield Road,
                 Schaumburg, Il 60173-4947
10265068       +Wells Fargo Home Mortgage,    P.O. Box 10328,    Des Moines, IA 50306-0328
```

The following entities were noticed by electronic transmission on Feb 24, 2011.
```
10265019        E-mail/Text: bkr@cardworks.com                             Advanta,    P.O. Box 30715,
                 Salt Lake City, UT 84130-0715
10265026        E-mail/Text: bankruptcy@bbandt.com                         BB&T,    Bankruptcy Department,
                 P.O. Box 1847,    Wilson, NC 27894-1847
10265025        E-mail/Text: bankruptcy@bbandt.com                         BB&T,    P.O. Box 2027,
                 Greenville, SC 29602-2027
10265049        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2011 02:13:18      GE Money Bank/Lowes,
                 P.O. Box 981064,    El Paso, TX 79998-1064
10265059        E-mail/Text: ustpregion04.rh.ecf@usdoj.gov                 Office of the U.S. Trustee,
                 701 E. Broad Street, Suite 4304,    Richmond, VA 23219-1849
10265060        E-mail/Text: pyancey@orangecountyva.gov                    Orange County Treasurer,
                 P.O. Box 469,    Orange, VA 22960-0276
                                                                                                 TOTAL: 6
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0422-7          User: bullockn          Page 2 of 2             Date Rcvd: Feb 23, 2011
Case: 11-31098                Form ID: VAN062         Total Noticed: 50
```

10265045*    Citibank,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
10265030     ##Capital One,   P.O. Box 85167,   Richmond, VA 23285-5167

                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                              **Signature:**    _/s/ Joseph Speetjens_